UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CEYLINCO GENERAL INSURANCE LTD.,                    26 Civ. 4404

                              Plaintiff(s),

v.                                                   ORDER

MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,

                              Defendant(s).

_____

CASTEL, United States District Judge.

        The Clerk is respectfully requested to stike ECF 7 as erroneously entered.

        SO ORDERED.

                                        _____
                                              P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
        June 15, 2026